AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 2:17-cr-20-1 |
| | ) |
| Joseph Rushford | ) |
| | ) |
| Defendant | |

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joseph Rushford,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

violation of conditions of release under 18:3148

Date: 07/10/2017

/s/ Christina Reiss
*Issuing officer's signature*

City and state: Burlington, VT

Christina Reiss, U.S. District Chief Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/10/2017, and the person was arrested on *(date)* 7/17/17
at *(city and state)* Burlington VT

Date: 7/17/2017

*Arresting officer's signature*

M. Burran / DUSM
*Printed name and title*